IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ORRILL, PAMELA ) | Bk.   No. |
| ) | |
| Debtor. ) | Chapter 13 |

## PLAN

1. Debtor shall pay to the trustee the sum of $200 per month for 60 months, directly starting September 25, 2016.

2. After the costs of this proceeding have been paid, the creditors whose claims are duly proved and allowed shall be paid as follows:

   A. Debtor(s) shall pay BANK OF AMERICA Outside the Plan for a mortgage on the real property located at 5708 W. Heuermann Road, Bartonville, Illinois,.   Said creditor shall retain its lien thereon up to the amount of its balance.

   B. Debtor(s) shall pay BMO HARRIS Outside the Plan for a 2015 Chevrolet Impala, with contract interest and according to the terms of said account.   Said creditor shall retain its lien thereon up to the amount of its balance.

   C. Pay balance to Debtor(s)' other creditors, all of whom are unsecured, 100% of their allowed claims, without interest or other charges.   The attorney fees and costs of Debtor's counsel will be paid directly and not through plan distributions.

3. During the pendency of this Chapter 13 proceeding, Debtor shall not, except with the approval of the Trustee, incur obligations or make purchases on credit except for food, clothing, lodging or medical care for herself or her family.

4. Debtor proposes to make said payments into said Plan for a period of 60 months.

Dated:   August 26, 2016

Respectfully Submitted,

RAFOOL, BOURNE & SHELBY, P.C.
Attorneys at Law
411 Hamilton Blvd., Suite 1600
Peoria, IL   61602
Telephone:   (309) 673-5535
Email:   sbnotice@mtco.com                    BY:     /s/ Sumner A. Bourne
                                                      Attorney for Debtor